# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Midtronics, Inc., et al.

                     Plaintiff,

v.                                 Case No.: 1:06–cv–03917

                                 Honorable Milton I. Shadur

Aurora Performance Products LLC, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2007:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. Accordingly the above–quoted language from Midtronics' Couterclaims responses are stricken as sham. If Midtronics' counsel wishes to fill th evoid thus created, he must tender a proposed revision promptly.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.