**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Midtronics, Inc., et al.

                              Plaintiff,

v.                                            Case No.: 1:06−cv−03917
                                                   Honorable Milton I. Shadur

Aurora Performance Products LLC, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Status hearing held on 4/21/2008. Status hearing set for 7/1/2008 at 01:00 PM. Simultaneous filings are due on or before May 27, 2008. Responses due June 24, 2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.