**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MIDTRONICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-CV-3917 |
| | ) | |
| v. | ) | Judge Milton I. Shadur |
| | ) | Magistrate Judge Nan R. Nolan |
| AURORA PERFORMANCE PRODUCTS | ) | |
| LLC d/b/a ARGUS ANALYZERS, and | ) | |
| BPPOWER, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR DEFENDANT AURORA PERFORMANCE
PRODUCTS LLC d/b/a ARGUS ANALYZERS**

Margaret M. Duncan, Peter M. Siavelis, Wan-Shon Lo, Linda A.O. Lamberson and

McDermott Will & Emery LLP, attorneys for Aurora Performance Products LLC d/b/a Argus

Analyzers, Defendant in the above-referenced case, respectfully move to withdraw as counsel for

Defendant Aurora Performance Products LLC d/b/a Argus Analyzers.

Michael M. de Angeli and O'Melveny & Myers LLP remain of record as counsel for

Aurora Performance Products LLC d/b/a Argus Analyzers, and BPPower, Inc.  We understand

that new counsel will also be entering appearances shortly on behalf of Aurora Performance

Products LLC d/b/a Argus Analyzers, and BPPower, Inc.  In a telephone conference on

March 11, 2010, with Robert Wagner, counsel for Midtronics, Inc., Mr. Wagner indicated

Midtronics, Inc. does not oppose this motion.  This withdrawal will not delay these proceedings,

and no prejudice will result to any party.

WHEREFORE, Margaret M. Duncan, Peter M. Siavelis, Wan-Shon Lo, Linda A.O.

Lamberson and McDermott Will & Emery LLP respectfully request that they be allowed to

withdraw as counsel for Defendant Aurora Performance Products LLC d/b/a Argus Analyzers in

the above-referenced matter.

Dated:  March 12, 2010     Respectfully submitted,


        By:    /s/ Margaret M. Duncan    
           Margaret M. Duncan
           Peter M. Siavelis
           Wan-Shon Lo
           McDermott Will & Emery LLP
           227 West Monroe Street
           Chicago, IL 60606
           Telephone:  312.372.2000

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing UNOPPOSED MOTION

FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT AURORA

PERFORMANCE PRODUCTS LLC D/B/A ARGUS ANALYZERS was served on March 12,

2010, via ECF notice upon:

> H. Roderic Heard
> Robert L. Wagner
> Wildman, Harrold, Allen & Dixon LLP
> 225 West Wacker Drive
> Chicago, IL 60606
>
> Stephen J. Akerley
> Brian C. Busse
> O'Melveny & Myers LLP
> 2765 Sand Hill Road
> Menlo Park, CA 94025
>
> Jillian R. Weader
> O'Melveny & Myers LLP
> 2 Embarcadero Center, Suite 2800
> San Francisco, CA 94111
>
> Michael M. de Angeli
> 60 Intrepid Lane
> Jamestown, RI 02835

/s/ Margaret M. Duncan
Margaret M. Duncan

CHI99 5202543-1.076693.0011

- 3 -